# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE K. HADLEY., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-cv-1191-SMY |
| | ) |
| C/O HOXWORTH, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This case is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 42), recommending that Defendant's Motion for Summary Judgment (Doc. 38) be granted. No objections have been filed to the Report. For the following reasons, Judge Daly's Report is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusion that the Defendant is entitled to summary judgment as to Plaintiff's claims. The Court finds no clear error in Judge Daly's findings, analysis or conclusions, and therefore adopts her Report and Recommendation in its entirety.

Accordingly, Defendant's Motion for Summary Judgment (Doc. 40) is **GRANTED.** Plaintiff's claims in Counts 1 and 2 are **DISMISSED with prejudice.** The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law tort claims (Count 3), which are therefore **DISMISSED without prejudice.** The Clerk of Court is **DIRECTED** to enter judgment accordingly and close the case.

**IT IS SO ORDERED.**

**DATED: March 10, 2020**

<u>/s/ Staci M. Yandle</u>
**STACI M. YANDLE**
**U.S. District Judge**